AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 JUL 19 AM 11:31

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) |
| DAVIN DANIEL MEYER | ) Case No. |
| Defendant | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DAVIN DANIEL MEYER, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2339B (Attempting to provide material support or resources to a designated foreign terrorist organization)

Date: July 14, 2023

City and state: Denver, Colorado

*Issuing officer's signature*

Susan Prose, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* July 14, 2023, and the person was arrested on *(date)* July 14, 2023 at *(city and state)* Denver, Colorado.

Date: July 14, 2023

*Arresting officer's signature*

SA SHANE QUINN
*Printed name and title*