**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:23-cr-00349-CNS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVIN MEYER,

      Defendant.

---

**NOTICE OF INTENT TO INTRODUCE EXPERT EVIDENCE RELATING TO
MENTAL CONDITION BEARING ON THE ISSUE OF GUILT UNDER
FED. R. CRIM. P. 12.2(b)**

---

Davin Meyer, through counsel, submits this Notice of Intent to Introduce Expert Evidence Relating to Mental Condition Bearing on the Issue of Guilt Under Rule 12.2(b) of the Federal Rules of Criminal Procedure.

At trial, it is anticipated that a defense expert in autism will testify that Davin has autism and suffers from deficits and behaviors related to autism. This expert conducted the following tests/assessments: Person Centered Plan; Autism Spectrum Quotient (ASQ); Behavior Rating Inventory of Executive Functioning for Adults (BRIEF-A); Autism Diagnostic Interview Revised (ADI-R); and Vineland Adaptive Behavior Scales 3 (VABS-3).

Dated: July 31, 2025.

2

Respectfully submitted,

*s/ David S. Kaplan*

David S. Kaplan
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
720.689.8909
kaplan@slhlegal.com

*Counsel for Davin Meyer*

## Certificate of Service

I certify that on July 31, 2025, I electronically filed the foregoing *Notice of Intent to Introduce Expert Evidence Relating to Mental Condition Bearing on the Issue of Guilt Under Fed. R. Crim. P. 12.2(B)* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Melissa Hindman, AUSA
U.S. Attorney's Office – Denver
1801 California Street, Suite 1600
Denver, CO 80202
melissa.hindman@usdoj.gov

*s/ Nancy Hickam*
Nancy Hickam, Paralegal