**Background**

Mr. Hassan is an award-winning journalist, analyst, and author with extensive knowledge of the Islamic State of Iraq and al-Sham (ISIS).  As set forth more fully in the attached resume, Mr. Hassan will testify regarding his background that qualifies him to be an expert specializing in militant Islam and extremism, with a focus on ISIS.  Mr. Hassan spent much of his life in Syria in an area along the Iraqi-Syrian borders that became the center of the Islamic State's self-proclaimed caliphate between 2014 and 2019.  His native language is Arabic.

Mr. Hassan covered the Syrian conflict from its inception, writing a weekly article about the situation there and in the wider region, with a focus on Islamist and jihadist organizations. Additionally, in 2015, Mr. Hassan wrote a New York Times bestselling book on the Islamic State, co-authored with Michael Weiss.  The book was translated into more than a dozen foreign languages, chosen by Wall Street Journal as one of their "10 Must-Read Books on the Evolution of Terrorism in the Middle East," and by The Times of London as one of the Best Books of 2015. Mr. Hassan interviewed active (rather than in custody) members of the organization during the height of its expansion in 2014 and 2015.

Mr. Hassan holds a Master's Degree in International Relations from the University of Nottingham, the UK, where he studied the Middle East, international politics and religion.  After obtaining his Master's Degree, Mr. Hassan lived in the United Arab Emirates for a period of time. A list of Mr. Hassan's public testimonies and additional publications are included on the attached resume and publications list.

Mr. Hassan has been retained by and/or testified in the following trials in the previous four years:

1. *United States v. Musaibli*, case no. 18-cr-20495 (E.D. Mich.)
2. *United States v. Emraan Ali*, case no. 21-cr-20123 (S.D. Fl.)
3. *United States v. Naser*, case no. 22-cr-20504 (E.D. Mich.)
4. *United States v. Mashkoor*, case no. 24-cr-00018-RMR (D. Colo.)
5. *United States v. Salman*, case no. 24-cr-00206-NCM (E.D.N.Y.)

His testimony in each of those cases was as a witness for the U.S. government.

**Formation of the Islamic State of Iraq and al-Sham (ISIS)**

Mr. Hassan will testify about how ISIS came to be what it is today.  In particular, he will testify that the predecessor of ISIS was Al-Qaeda in Iraq—an official branch of Al-Qaeda that swore allegiance to Osama bin Laden.  He will provide brief background on Al-Qaeda and the timing of when Al-Qaeda in Iraq first emerged in 2004.  He will testify that, although Al-Qaeda in Iraq was an official branch of the broader Al-Qaeda organization, the two groups had certain differences in terms of strategy and ideology.  For example, Al-Qaeda in Iraq believed in taking over territory, whereas Al-Qaeda focused more on popularizing the idea of jihad.

Mr. Hassan will testify that, in approximately 2006, Al-Qaeda in Iraq changed its name to the Islamic State of Iraq.  The purpose of that organization was to take over territory, including in northern and western Iraq.  He will testify about the Islamic State of Iraq's attempts to do so and

1

how the Islamic State of Iraq governed in the areas that it successfully took over, including the imposition of Sharia law.

Mr. Hassan will explain that, in 2010, Abu Bakr al-Baghdadi became the leader of the Islamic State in Iraq.  The group changed its name in 2013 to the Islamic State of Iraq and Syria ("ISIS") when they began to expand beyond Iraq.  In particular, based in part on the start of the Syrian war in 2011, al-Baghdadi established a branch in Syria called Jabhat al-Nusrah.  In 2014, ISIS captured Raqqah, Syria, other Syrian territories, and large swaths of Iraq.

After capturing Mosul, Iraq, al-Baghdadi appeared on video for the first time and declared himself the leader of all Muslims around the world.  He declared himself the Caliph (or leader) of the Caliphate (also called the "Khilafah").  Mr. Hassan will explain that al-Baghdadi's vision of the Caliphate was an Islamic government that ISIS wanted to extend to the entire world, which, as described below, would operate pursuant to ISIS's beliefs and rules.  In order to run its army, expand its territory, and manage the people and land under its control, ISIS instituted a large and sophisticated bureaucracy.

Around that time, al-Baghdadi made other speeches in which he called on Muslims around the world to make "hijra," a term that literally means "migration" but when used by ISIS means to emigrate to ISIS territory and join the Islamic State.  After al-Baghdadi called for hijra, thousands of people from outside Iraq and Syria traveled to those counties to join ISIS.  There were multiple ways to do so, but, at that time, the primary route was through Turkey.  The peak period in which people were traveling to join ISIS was between 2014 and 2016.  The flow of people traveling to join ISIS diminished over time in part because it became harder to get to Syria and the appeal of ISIS diminished as ISIS started to lose ground in late 2016.

In the ensuing years, ISIS lost its physical territory but continues to operate in Syria and, to a lesser extent, in Iraq.  To this day, ISIS continues to conduct local attacks and other operations throughout the world and maintains its goal of one day re-establishing the Caliphate.  ISIS also continues to recruit individuals to join the organization and make hijra.

**Ideology and Operation of ISIS**

Mr. Hassan will testify that—regardless of geographic location—each branch of ISIS operates in very similar ways pursuant to the same belief system.  Accordingly, references to ISIS throughout this disclosure refer to ISIS in Syria and ISIS in Afghanistan, as well as other locations.

In particular, ISIS's underlying ideology stems from the concept that Muslims live under the dominance of the West and that, in order to regain their glory, every Muslim male has a duty to fight jihad against the West and against fellow Muslims who do not believe in their ideology.  Jihad historically means struggle, but as defined by ISIS, means the duty of all able-bodied Muslims to travel and support the caliphate.  Defensive jihad is a concept that means the use of force to protect the caliphate.  Offensive jihad is a concept that means use of force to expand the caliphate and convert nonbelievers.  ISIS uses the term "mujahideen" to refer to jihadi fighters.

The concept of jihad is derived from religious texts and, under ISIS ideology, if someone dies while conducting jihad, they become a martyr (also referred to as "martyrdom").  ISIS supporters also use the term "istishaad" in connection with the concept of martyrdom, which means dying in the path of God.  A martyr in ISIS ideology means someone who dies in the name of God

for the sake of Islam.  ISIS believes that a martyr goes to "Jannah," or paradise, after they die.  In ISIS ideology, someone who dies in jihad receives extra benefits when they go to paradise.

With respect to fighting fellow Muslims who do not believe in ISIS's ideology, ISIS adheres to Salafi Jihadi Islam, which is broadly within the Sunni sect of Islam.  ISIS's form of Islam is extremist, even relative to other militant Islamists; their narrow definition of sound Islamic creed leads them to declare most Muslims as disbelievers, for reasons such as accepting the legitimacy of secular laws and institutions; thus, they approve of the use of indiscriminate violence even in Muslim mosques during mass prayers, something that even al-Qaeda publicly opposes.  Mr. Hassan will explain the general differences between Sunni and Shia Muslims and that the Sunni / Shia divide is also important in ISIS ideology.  He will explain that much of ISIS's ideology relates to defining who is a "real" Muslim, and ISIS's view that they are the only group that subscribes to true Islam.  All other Muslims, including Shia and Sufi Muslims, have deviated from "true" Islam.  ISIS considers fighting Shia a priority because they are not proper Muslims.  ISIS uses the derogatory term "rafida" to refer to Shia, which means "the rejecters."  ISIS supporters also refer to Shia Muslims and other Muslims who do not believe in ISIS as "apostates" (meaning renouncing faith or being deemed as disbelievers) or "murtadeen" (Arabic for apostate, singular "murtad").

ISIS supporters also use the term "kuffar" to refer to infidels, or people who do not believe in Islam.  Kuffar is often used to describe non-Muslims in Western countries such as the United States.  Based on ISIS's rejection of all political systems and man-made legal frameworks, any member of such a system is also referred to as an infidel.  For example, someone who works for the police or the court system is considered an infidel.

ISIS believes in using jihad to establish the caliphate and a theocratic state in which all facets of government are based entirely on its interpretation of Islam and Islamic law.  Historically, in ISIS-controlled areas, Sharia law was imposed.  Sharia law consists of Islamic laws as derived from Islamic teachings by Muslim jurists. Extremists have stricter or unique interpretations of such teachings, which deviate from mainstream religious consensus. For example, jihadist extremists approve of the use of suicide operations even though traditional Muslim clerics reject it on scriptural grounds that explicitly forbid suicide. Jihadists also execute or behead fellow Muslims for serving in the police or fighting for rival groups after deeming them apostates or disbelievers.

Mr. Hassan will testify that ISIS's slogan is "baqiya and tatamadad"—in other words, remaining and expanding.  This slogan is meant to emphasize that ISIS is durable, that it is here to stay and that it will also expand across borders.  ISIS also has a distinctive black flag.  The text found at the top the flag, in Arabic, is the Islamic testimony of faith or "shahada."  At the bottom, the flag bears the stamp of the Prophet Muhammad.

ISIS supporters frequently use the term "State" to refer to ISIS and its caliphate.  The State, or its Arabic equivalent "Dawla," is a common reference used exclusively by the group and its supporters.  Mr. Hassan will explain the significance of a person holding up an index finger in such a context, which indicates support for ISIS.  He will also explain that, when someone becomes an ISIS supporter, they adopt a "kunya," or a different name to identify themselves as an ISIS supporter.  In order to prove their allegiance to ISIS, ISIS supporters are often required to pledge "bayat" (or "bayah"), which means a pledge or oath of allegiance to the current leader of the Islamic State, and he will explain the transition of ISIS leadership during 2022.

Mr. Hassan will further testify about ISIS's recruitment efforts and the propaganda and media publications that ISIS uses in those efforts. ISIS views propaganda and media as just as important as fighting. Propaganda is vital to ISIS recruitment and ISIS is known for aggressively circulating its media and news. Although ISIS propaganda and publications are widely available, they have become harder to access as social media outlets crack down on such information. In light of those crackdowns, ISIS and ISIS supporters frequently use encrypted messaging and social media platforms, such as Signal and Telegram, and also use coded language.

Mr. Hassan will explain that one of ISIS's media publication is the Voice of Khurasan, which is similar to other ISIS media publications such as Dabiq and Rumiyah but focuses on the Khurasan region. Voice of Khurasan is published by Al-Azaim Media Foundation. Similar to other ISIS media publications, the Voice of Khurasan contains ISIS propaganda, highlighting topics such as hypocrisy in the region, hypocrisy of enemies, the evil of the West, and local news related to ISIS. ISIS publications like Voice of Khurasan also provide supporters with a way to contact ISIS operatives by providing contact information on various social media platforms.

Mr. Hassan will explain that ISIS, even relative to other violent groups, advertises its violence and savagery as part of its strategy to instill fear in its enemies and attract radical followers. He will explain that publications like the Voice of Khurasan were designed to inform ISIS followers and recruits of what the group was doing in a particular region and beyond, by advertising anything from administration to beheadings. Advertising violence was one way ISIS stood out from other jihadist organizations. Based on his own reading of ISIS's publications and speeches, Mr. Hassan will explain that advertising violence was a way in which ISIS distinguished itself from "moderate" Muslims.

Mr. Hassan will explain that ISIS uses propaganda online to recruit new supporters and members across various groups. One group that ISIS focuses on is young people who are seeking a sense of autonomy from their families. In connection with his 2015 book, Mr. Hassan is aware of—and has spoken with—young people (teens or adults in their 20's or 30's) who have successfully joined ISIS.

Mr. Hassan will testify about the travel of foreigners to join ISIS, including foreigners from the United States and other English-speaking countries. He will explain that foreigners are an important source of manpower for ISIS and serve in many different roles, including fighters. Foreign ISIS supporters are generally viewed as more valuable because they join based on their belief in ISIS ideology (instead of local politics or conflict) and therefore tend to be more dogmatic and zealous. Mr. Hassan will explain that ISIS actively recruits foreigners through large, sophisticated propaganda efforts that include targeting English-speaking foreigners. In Mr. Hassan's experience, ISIS recruiters will often provide travel routes to foreigners traveling to join ISIS, but foreigners often find their own way to specific countries to join ISIS, as well.

Mr. Hassan will testify that, generally, once someone becomes interested in traveling to join ISIS from abroad, they will find an ISIS operative and speak to them about joining. ISIS is very suspicious of new supporters and wants to ensure that the organization is not infiltrated by non-believers. Accordingly, before traveling to join ISIS, ISIS requires a certain level of vetting, which may take various forms. An ISIS supporter may have someone inside the organization who can vouch for them, or an ISIS supporter may be vetted through testing of their knowledge or a history of communications that demonstrate the individual's support of ISIS. At times, ISIS

4

requires less rigorous vetting before an individual travels but, upon that individual's arrival, ISIS will monitor them more closely.

Mr. Hassan will explain that ISIS recruiters will provide suggested routes and other advice—such as pretending to be a tourist or pretending to visit family if asked by authorities— but an individual traveling to join ISIS is left to arrange their own travel. Then, once an individual arrives in a particular country to join ISIS, they will be integrated into the organization through training and then assigned a specific role.

Travel routes vary widely and depend on the local branch an individual is joining. Traveling through Turkey has historically been a common route to join ISIS in Syria. Mr. Hassan will identify relevant locations, including locations in the UAE and Turkey, on a map.

Mr. Hassan will explain that, at the same time, ISIS encourages supporters not to share their views with non-supportive family members, friends, or other community members. The entire concept of hijrah is that an individual uproots themselves because the people around them are not true believers and are corrupted by the system. This message makes individuals feel like they are part of a special, small group of true believers.

Mr. Hassan will testify that ISIS also calls for supporters to conduct local attacks. In 2014, ISIS's primary focus was to get individuals to join the Caliphate. Since losing that territory, however, ISIS has encouraged supporters to do whatever they can in the name of ISIS, including attacks in their home countries.

**The defendant's support of ISIS and knowledge of ISIS's ideology**

Mr. Hassan with testify that many of the defendant's communications and device content demonstrate that he supported ISIS and had a deep understanding of ISIS's ideology, including:

- A "bay'ah to Amirul-Muminin, the Khalifah of the Muslims, the Mujahid Shaykh Abul Hasan al-Hashimi al-Qurashi";
- The defendant's references to Salafism;
- The way in which the defendant refers to, and discusses, Shia Muslims;
- The defendant's repeated references to "kuffar" and being disgusted by living in the West;
- The defendant's explanation for how he came to support ISIS;
- 
- The defendant's references to martyrdom and jihad;
- The defendant's oath required to join ISIS, and references to the land of jihad, brothers, and mujahideen, among other things. References include "Watan," a term meaning "homeland" and often invoked in the context of "Hijrah," or migration, to ancestral land; the term "Strangers," used within ISIS rhetoric to describe its adherents; "the soldiers of monotheism," a phrase commonly used to refer to ISIS fighters; the Arabic phrase "the Islamic State is remaining and expanding, by God's will," which reflects the group's official slogan.

Mr. Hassan will also testify about Anjem Choudary, with whom the defendant claimed to be connected. Mr. Hassan will describe that Choudary previously had been convicted in the United Kingdom under Section 12 of the Terrorism Act 2000 for inviting support of a proscribed organization, namely the Islamic State, between June 2014 and March 2015, that Choudary was

released in 2018 and arrested again in July of 2023, and that Choudary has since been convicted and sentenced to life imprisonment for directing a terror organization.

Based on the case-specific materials Mr. Hassan reviewed, Mr. Hassan will opine that the defendant was very well-versed in, and showed a command of, ISIS ideology and language. Mr. Hassan will also testify regarding the meaning of terms used in the defendant's communications. A glossary of terms to which Mr. Hassan will testify will be provided in advance of his testimony.

**Bases for Testimony**

Mr. Hassan opinions are based on his 20 years' experience as an analyst, journalist, and author in the field of terrorism, and his qualifications, including:

- His Master's Degree in International Relations.

- Writing a book with his co-author on ISIS, *ISIS: Inside the Army of Terror*, published in 2015. In the book, he interviewed former U.S. officials who worked on the ground in Iraq, including former colonels who once tracked and helped defeat al-Qaeda in Iraq in the mid- and late-2000s; he also interviewed people who fought for ISIS and others who fought against it, as well as a range of actors who operated in Syria, including members of Jabhat al-Nusra and rebel groups. He also interviewed jihadist ideologues and clerics, as well as tribal leaders and regional actors involved in the country's conflict.

- Writing hundreds of articles, reports, or Op-Eds about terrorism generally and ISIS specifically in publications such as The Atlantic, Foreign Affairs, New York Times, The Daily Beast, Financial Times, Foreign Policy, The Guardian, Sada Journal, Qantara, as well as various think-tank and academic publications.

- Testifying before Congress on extremism and briefing senior policymakers in the United States, Europe, and the Middle East on extremism. He conducted training courses for military personnel, intelligence agencies, and diplomats specializing or operating in the Middle East on Salafi-jihadism and tribal dynamics as well as other related issues, including for approximately two years at the State Department's Foreign Services Institute.

  o In June 2016, he testified before the Senate Committee on Homeland Security and Governmental Affairs on the ideology of ISIS.

  o In February 2017, he testified in the House of Representatives before the Subcommittee on Terrorism, Nonproliferation, and Trade of the Committee on Foreign Affairs House on defeating terrorism in Syria.

  o In June 2020, he testified before The United States Commission on International Religious Freedom (USCIRF) on Safeguarding Religious Freedom in Northeast Syria.

To generate his opinions on ISIS and its operations, Mr. Hassan has, among other things:

- Reviewed hundreds of primary source documents on ISIS (and AQI, initially), including everything from fighter intake forms to ISIS propaganda videos and social media posts to Abu Bakr al-Baghdadi's speech declaring the caliphate and naming himself Caliph;

- Reviewed hundreds of U.S. government military and intelligence documents and reports on ISIS, including documents produced by the organization to defeat ISIS: Operation

Inherent Resolve;

- Conducted countless interviews with U.S. officials, ISIS fighters, anti-ISIS fighters, and other relevant personnel on ISIS, Syria, extremism, and related topics; and

- Read hundreds of reports, articles, interviews, books, etc. and attended countless presentations and lectures by other ISIS subject matter experts on particular issues including understanding ISIS fighters (based on interview with former ISIS fighters), ISIS financing, human trafficking in ISIS, and ISIS's use of Iraqi oil fields.

Mr. Hassan has also reviewed case-specific materials to form his opinions.

I hereby approve and affirm the accuracy of the foregoing disclosure.

Dated:

_____

Hassan Hassan

7

# HASSAN HASSAN

█████████████████████ VA 22066
Cell: █████████████ ; Email: █████████████

**New York Times Bestselling Author, Specializing in Militant Islam, Nonviolent Extremism and Geopolitics.**

Hassan Hassan is Editor-in-Chief of award-winning *New Lines Magazine*. He is also the co-author of ISIS: Inside the Army of Terror (with Michael Weiss). The critically-acclaimed 2015 book was a New York Times bestseller, and was selected as one of the Times of London's best books of 2015 and as one of the Wall Street Journal's top 10 books on terrorism. The book was translated into more than a dozen foreign languages.

## Education:

2007 – 2008      **University of Nottingham, School of Politics and International Relations
MA International Relations**

**Subjects Studied**:

- Theories and Concepts in International Relations.
- The Making of American Foreign Policy.
- Intermediaries in the Arab Israeli Conflict 1948-2000.

- Controversies in American Foreign Relations from WW2 to the Era of Détente.
- Philosophy of Social Research.
- Religion, Identity, and Conflict in the Middle East.

2000 - 2004      **University of Damascus, Faculty of Arts & Social Sciences
BA English Language & Literature**

## Professional experience:

**New Lines Magazine**
Editor-in-Chief (October 2020 – present)

**The Newlines Institute for Strategy and Policy**
Director, (March 2019 – present)

**The Atlantic**
Contributing Writer (September 2018 – present)

**Program on Extremism, George Washington University**
Senior Research Fellow (September 2018 – November 2018)

**The Tahrir Institute for Middle East Policy, Washington D.C.**
Senior Fellow (January 2016 – March 2019)

**Chatham House, United Kingdom**
Associate Fellow(May 2015 – May 2016)

**The Delma Institute, United Arab Emirates**
Research Associate and Programme Director (March 2014 – May 2015)

**The National newspaper, United Arab Emirates**
Journalist (November 2008 – May 2015)

**Local media outlets, Syria**

Correspondent (October 2004 – September 2006)

---

**Publication:**

- **Book** "ISIS: Inside the Army of Terror" (New York, 2015, Link)

- **Journalism articles** appeared regularly in *The Atlantic, New York Times*, *Foreign Affairs*, *Foreign Policy*, *the Daily Beast, Financial Times*, *The Guardian*, The National (UAE English daily).

- **Policy and academic papers** appeared in Carnegie Endowment for International Peace and West Point's CTC Sentinel

- **Book Chapters:**

  Oxford University Press, "Beyond Sunni and Shia: The Roots of Sectarianism in a Changing Middle East" (2018, Link)

  The United States Institute of Peace and The Wilson Center, "The Jihadist Threat: ISIS, al-Qaeda, and Beyond," Edited by the New Yorker's writer Robin Wright (2017, Link)

  The Middle East Institute in Washington, D.C., "Winning the Battle, Losing the War: Addressing the Drivers Fueling Armed Non-state Actors and Extremist Groups" (2019, Link)

**Public Testimonies:**

Senate's Homeland Security and Governmental Affairs, titled "The Ideology of ISIS" – **June 21, 2016**
Hearing Link, Hearing Transcript

House Foreign Affairs Committee hearing, titled "Defeating Terrorism in Syria: A New Way Forward" – **February 14, 2017**
Hearing link, Hearing Transcript

U.S. Commission on International Religious Freedom Hearing, titled "Safeguarding Religious Freedom in Northeast Syria" – **June 10, 2020**
Hearing Link, Hearing Transcript