

**U.S. DEPARTMENT OF JUSTICE**

**Peter McNeilly**
*United States Attorney*
*District of Colorado*

---

*1801 California Street, Suite 1600*    *(303) 454-0100*
*Denver, CO  80202*

May 29, 2026

**VIA EMAIL**

David S. Kaplan & Carey Bell                    Attorneys for Davin Meyer
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
kaplan@slhlegal.com
bell@slhlegal.com

      Re:     *United States v. Davin Daniel Meyer*
               Criminal Case Number: 23-cr-00349-REB

Dear Mr. Kaplan and Mr. Bell:

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and the Court's amended scheduling order at ECF No. 227, the government hereby provides you with the attached additional disclosures relating to the below-described expert witnesses the government intends to call as witnesses at trial pursuant to Rules 702, 703, and 705 of the Federal Rules of Evidence. Pursuant to Rule 16(b)(1)(C), and consistent with the Discovery Conference Memorandum and Order, *see* ECF No. 14, the government requests reciprocal disclosures for any expert witness the defense intends to call at trial.

1. **Ken Hicks – Expert in Computer Forensic Analysis**

   a. <u>Complete Statement of All Opinions:</u>  The report disclosing Mr. Hick's opinions and bases and reasons for his opinions was disclosed to the defense on June 14, 2024 and again on May 15, 2026. *See* INV_00002281.

   b. <u>Bases and Reasons for Opinions:</u>  The report disclosing Mr. Hick's opinions and bases and reasons for his opinions was disclosed to the defense on June 14, 2024 and again on May 15, 2026. *See* INV_00002281.

c.  <u>Witness's Qualifications and Publications:</u>  Mr. Hick's qualifications and his publications are set forth in the attached curriculum vitae.

d.  <u>Other Testimony:</u>  The government is not aware of any prior testimony to disclose at this time and will supplement that information in advance of his testimony.

e.  <u>Payments:</u>  Mr. Hicks is an FBI TFO and is not being separately compensated for case preparation or travel expenses.

2.  **Eleonore Saleh – Expert in Arabic Translation**

a.  <u>Complete Statement of All Opinions:</u>  Ms. Saleh is an FBI Linguist who will testify about translations from Arabic to English from the defendant's online communications and recorded statements. The government will supplement this disclosure with a glossary of her translations.

b.  <u>Bases and Reasons for Opinions:</u>  Ms. Saleh is an FBI Linguist who will testify about translations from Arabic to English from the defendant's online communications and recorded statements. The bases and reasons for her opinions are her qualifications as set forth in the attached curriculum vitae.

c.  <u>Witness's Qualifications and Publications:</u>  Ms. Saleh's qualifications and her publications are set forth in the attached curriculum vitae.

d.  <u>Other Testimony:</u>  Ms. Saleh has not previously testified.

e.  <u>Payments:</u>  Ms. Saleh is an FBI employee and is not being separately compensated for case preparation or travel expenses.

Please let me know if you have any questions about these experts the government intends to call at trial and the associated disclosures.

Respectfully,

PETER MCNEILLY
United States Attorney

By:  *s/ Melissa Hindman*
Melissa Hindman
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100

Fax:  303-454-0406
E-mail:   Melissa.Hindman@usdoj.gov
Attorney for Government

Attachments:
Computer Forensics Expert CV
Arabic Translation Expert CV

# Eleonore Saleh

## EDUCATION
- 2000 – 2002: Master of Arts in German Literature and Linguists, University of Colorado Boulder
- 1987 – 1991:  Bachelor of Arts in German Literature and Linguists, University of Cairo, Egypt

## PROFESSIONAL SYNOPSIS
- A highly qualified Arabic Language Analyst with over 16 years of experience supporting the FBI. Demonstrated extensive expertise in linguistic analysis, translation, and interpretation to assist law enforcement and intelligence operations, ensuring accuracy, clarity and cultural nuance across diverse communication contexts, while maintaining strict confidentiality
- Highly skilled Arabic Speaking Proficiency (SPT) tester, master tester, language quality inspector, reviewer, as well as instructor

## LANGUAGES
- Arabic  (Native Speaker)
- English
- German

## PROFESSIONAL EXPERIENCE
**07/2010 – Present                Federal Bureau of Investigation (FBI), Denver, CO**
**Arabic Language Analyst**
- Provided comprehensive translation support for counterterrorism, cyber investigations, and criminal cases for the Denver field office and Headquarters. Responsibilities included verbatim translation of audio recordings and documents, summary translation of complex materials, triage of large volume of documents
- Utilized various Computer-Assisted Translation (CAT) tools, such TRADOS and LILT, to enhance efficiency and consistency, while maintaining strict confidentiality and adherence to legal and ethical standards.
- Provided interpretation in formal and informal settings, ranging from operational assistance to consecutive and simultaneous interpretation to high-ranking foreign officials from various Arab countries (Egypt, Jordan, Iraq, Libya, Saudi Arabia, UAE, Tunisia, and Morrocco). The topics include:
  - Cyber Crime Investigation & Electronic Evidence
  - International Fundamentals of Instructional Systems Design Training
  - Advanced Improvised Explosive Devices
  - Advanced Financing terrorism & money laundering course
  - Arabic Language Law Enforcement Executive Development Seminar
  - Intellectual property conference –Simultaneous interpretation for the Interpol

## COLLATERAL DUTIES
07/2010 – Present                Federal Bureau of Investigation (FBI), Denver, CO

### Chair of Arabic National Language Board (ANLB) (03/2021 – 07/2025)

- Served as language approving authority for the FBI Arabic language group (~190 linguists).
- Reviewed, edited and approved official translations of FBI FD-forms into foreign languages for the FBI's Forms Management website for standardization purposes.
- Compiled, organized and approved FBI content on ANLB SharePoint which served as a reliable language reference tool for linguists.

1

- Maintained liaison and coordinated with Language Services Arabic National Translation and Deployment unit (LSS TDU-I) and Language Quality and Training Unit.

### Speaking Proficiency Test (SPT) Master Tester (2014 – 2019 / 2023-present)

- Mentored over 16 Arabic novice testers and evaluated their SPT testing skills.
- Developed the Arabic Language Specific Addendum for 16 Arabic SPT testers.
- Held Arabic SPT Refresher conference calls for 16 Arabic SPT Testers on a regular basis to ensure all Arabic Testers adhere to the Interagency Language Roundtable (ILR) guidelines.
- Gave the following SPT presentations internally (FBI) and externally for other federal agencies:
  - 06/2017: "Authentic Arabic Speaking Testing" at the Language Testing Colloquium in Bogota, Columbia.
  - 08/2015: presented the Arabic FBI Protocol to the Central Intelligence Agency (CIA).
  - 03/2015: ILR Plenary meeting and the USG comparability workshop.
  - 02/2015: coordinated and assisted with the FBI/Defense Language Institute (DLI) Arabic Continuum Speaking Testing Workshop in Denver and presented the FBI protocol of conducting Arabic SPT tests.
  - 12/2011: Plenary Session of the Interagency Language Roundtable (ILR), "Evaluating Arabic Speaking Proficiency, a new FBI Protocol." The presentation is published on ILR website: https://www.govtilr.org/Publications/Arabic%20Test%20Protocoljak.pdf

### Language Quality (LQ) Inspector (2021-2023)

- Inspected LQ reviewer's adherence to Language Quality Training Unit (LQTU's) guidelines and their application of the appropriate process and procedures of the Language Quality standards.
- Scheduled inspection meetings with the LQ reviewers.
- Drafted talking points of LQ reviews and communicated these points with the LQ reviewer.
- Mentored LQ reviewers and provided constructive feedback on their review. Followed up with an official email to LQ reviewer, supervisor (SFLPC), and LQTU.
- Rated LQ reviewers.

### LQ Reviewer (2011-present):

- Reviewed the quality of translations and compliance of linguistic materials with the standards for translation to achieve the highest standards of intelligence reporting excellence.

### Principal Relief Supervisor

- Provided oversight to a culturally diverse staff of 16 personnel, covering the following languages: Arabic, Farsi, Spanish, Polish, Russian and Ukrainian.
- Assigned tasks to personnel according to their skill sets and availability, ensuring staff are meeting deadlines.
- Applied FBI Manual of Standards for Translation (MST) policy and procedures to reviews of completed unit work by spotting errors, providing feedback for correction and resubmission of tasks through LSMS.
- Provided a written Weekly Executive Management Report (WAR) to update the Regional Program Manager about the Denver workload.

### FBI Adjunct Faculty Instructor (2017 – present)

Taught LSS personnel and Denver professionals (Special Agents (SAs), Intelligence Analysts (IAs), and professional support) the following courses:
- 2021-present: Basic Instructor course (BIC) rater for Denver professionals.

- 2024-present: OTLP Instruction
- 2019-present: Cyber Jargon and Slang training for Language Professionals (CTLP-B).
- 2019: Cyber Training (CTLP-B) facilitator for Arabic linguists.
- 2019-present: Virtual Online Language Training (VOLT-LEGAT) instructor for Supervisory Special Agents (SSAs), who will be serving as Legal attachés overseas.
- 2017-present: Presentation Skill Course (PSC) for Denver professionals and Weapon of Mass Destruction unit (WMMD)

### GS-13 Promotion Board member (2017 – 2021)

- Evaluated the promotion package of applicants either as the Subject Matter Expert (SME) member or as a board member on the GS-13 promotion boards.
- Rated promotion packages and provided written constructive feedback to applicants.


### OTHER PROFESSIONAL EXPERIENCES
**03/2001 – 05/2005**                          **Platts (A Division of McGraw-Hill)**
**Research Analyst for German speaking countries and US and Canada**
- Managed technical research acquisition for 14 areas in the US, Canada, Germany, Austria and Switzerland for proprietary database products. Mentored and trained new hires.
- Synthesized the latest knowledge of economic and political news of the energy industry.
- Tracked and analyzed financial statements of global power plant firms.
- Served as subject matter expert for the creation of a new European product software suite.

**08/2000 – 05/2002**                          **University of Colorado at Boulder**
**German Teaching Assistant, Department of Germanic Linguistics**
- Instructor of record responsible for developing course material and course delivery.

**08/1997-05/1998**                          **Pittsburgh University**
**German Teaching Assistant, German Literature and Linguistics**
- Instructor of record responsible for developing course material and course delivery.

**1992-1996**                          **Secretary at Integrated Pest Management Project (IPM-GTZ, GmbH) at the Pesticide Laboratory, Ministry of Agriculture, Cairo, Egypt**
- Managed complex administrative duties for German project team leader, technical experts.
- Edited the translation of the project publications and brochures from German to Arabic and vice versa
- Arranged meetings and conferences for Egyptian and German personnel.
- Managed accounting system including payroll and local procurement.

### COMPUTER SKILLS
- Proficient in Microsoft Office, Oracle, SQL, Trados, LILT.

### JOB RELATED CERTIFICATIONS
- 12/03/2020: Language Quality Inspector
- 08/28/2016: FBI Adjunct Faculty Communication
- 12/03/2015: GIAC Information Security Fundamentals (GISF)
- 06/23/2014: FBI Adjunct Faculty Language