AO 199A (Rev.02/24 D/CO) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  23-cr-00349-CNS-01 |
| Davin Daniel Meyer | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    Alfred A. Arraj U.S. Courthouse, 901 19th St., Denver, CO 80294

*Place*

on _____    as directed.

*date and time*

If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 06/26 D/CO) Additional Conditions of Release                                                    Page  2   of  4   Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )   (6)   The defendant is placed in the custody of:

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____        _____
                                                       *Custodian*                                    *Date*

( ☐ )(a)   The defendant must reside with the third party custodian at an address approved by the pretrial services office or supervising officer.

( ☑ ) (7)   The defendant must:

( ☑ )(a)   Submit to supervision by and report for supervision to:   1929 Stout St., Suite C-120, Denver, CO 80294 / (303) 844-5424

( ☐ )(b)   continue or actively seek employment, if legally allowed to do so.

( ☐ )(c)   continue or start an education program.

( ☑ ) (d)   surrender any passport to the Clerk, U.S. District Court within 2 business days.

( ☑ )(e)   not obtain a passport or other international travel document.

( ☑ )(f)   abide by the following restrictions on personal association, residence, or travel:

Travel is restricted to the District of Colorado only, without prior permission from the Court.

( ☑ )(g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:

( ☑ )(h)   participate in medical, psychiatric, and/or mental health treatment as directed by the pretrial services office or supervising officer:

( ☑ )(i)   pay all or part of the cost of psychiatric and/or mental health treatment based upon your ability to pay as determined by the pretrial services office or supervising officer.

( ☐ )(j)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes:

( ☐ )(k)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary and follow the rules of that facility.

( ☑ )(l)   not possess a firearm, destructive device, or other weapon.

( ☑ )(m) not use alcohol ( ☑ ) at all ( ☐ ) excessively.

( ☑ )(n)   not unlawfully use or possess a narcotic drug or any other controlled substance.

## ADDITIONAL CONDITIONS OF RELEASE

( ☑ ) (o) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, submitting to a breathalyzer, a remote alcohol testing system, and/or any other form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ ) (p) participate in a program of inpatient or outpatient substance use treatment if directed by the pretrial services office or supervising officer.

( ☐ ) (q) pay all or part of the cost of substance use treatment and/or testing based upon your ability to pay as determined by the pretrial services office or supervising officer.

( ☑ ) (r) participate in the following location monitoring program(s) and comply with its requirements as directed.

   ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ )  from  _____  to  _____ , or  ( ☐ ) as directed by the pretrial services office or supervising officer; or

   ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court or other essential activities approved in advance by the pretrial services office or supervising officer; or

   ( ☑ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

   ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
   **Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.**

( ☑ ) (s)  submit to the following location monitoring technology and comply with its requirements as directed:

   ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services office or supervising officer; or

   ( ☐ ) (ii)   Radio Frequency; or

   ( ☑ ) (iii)  GPS.

   ( ☐ ) (iv)

( ☑ )  (t)  pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay as determined by the pretrial services office or supervising officer.

( ☑ )  (u)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ )  (v)  not act as an informant for any law enforcement agency without prior permission of the Court.

( ☑ )  (w) The defendant shall not have any internet access and shall not possess any devices with internet access capabilities.

( ☑ )  (x) The defendant shall not be in possession of any discovery material in this case without the presence of counsel.

( ☑ )  (y)  The U.S. Probation Office is to advise Raleigh House and Monaco House staff of the conditions of release to ensure the defendant's compliance.

( ☑ )  (z)  The defendant shall participate in and complete any recommended treatment through Raleigh House.

( ☑ ) (aa) The defendant is restricted from receiving or sending mail and/or packages ~~while at Raleigh House and Monaco House~~ with the exception of any legal mail and/or packages.

( ☑ ) (bb) 7(r)(iii) continued: You are restricted to 24-hour-a-day lock-down at Raleigh House and Monaco House except for medical necessities, court appearances, other activities specifically approved by the court, or activities that are deemed therapeutic by the treatment provider in conjunction with the supervising officer.

( ☐ ) (cc)

( ☐ ) (dd)

( ☐ ) (ee)

AO 199C (Rev. 09/08) Advice of Penalties

Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.,* in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____ X
Defendant's Signature

Denver, CO
_____
City and State

### Directions to the United States Marshal

( ✔ ) The defendant is ORDERED released after processing.
(   ) The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 7/7/2026

_____
Judicial Officer's Signature

Reid Neureiter
_____
Printed name and title

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL